**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAKE GALLOWAY,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 25-7205** |
| **v.** | : | |
| | : | |
| **E. MORTGAGE CAPITAL, INC.** | : | |
| *Defendant* | : | |

## SCHEDULING ORDER

**AND NOW**, this 25th day of March 2026, upon consideration of the parties' joint report of their Federal Rule of Civil Procedure ("Rule") 26(f) conference, and pursuant to Rule 16, it is hereby **ORDERED** that:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

2. All fact discovery shall be completed by September 21, 2026.

3. Plaintiff's expert reports shall be due by October 21, 2026.

4. Defendants' expert reports are due by November 20, 2026.

5. All expert discovery shall be completed by December 4, 2026.

6. Any *Daubert* or dispositive motions shall be filed by January 15, 2027, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.

7. A final pretrial conference will be scheduled, if necessary, following the Court's resolution of any dispositive motions.

Failure to comply with this Order may result in sanctions.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*