# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAKE GALLOWAY,    individually and on behalf of a class of all persons and entities similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>            Defendant. | Case No.: 2:25-cv-07205-NIQA<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO COMPEL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendant E Mortgage Capital, Inc. ("Defendant" or "EMC") to respond to the Motion to Compel (ECF Doc. 14) filed by Plaintiff Jake Galloway ("Plaintiff"), is extended to and including August 26, 2026.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendant to supplement its discovery responses and provide additional responsive documents, if any, is also hereby extended to and including August 26, 2026.

Dated: August 10, 2026                                  Dated: August 10, 2026

**Paronich Law, P.C.**                                  **Hinshaw & Culbertson LLP**

By: */s/  Anthony I. Paronich*                          By: */s/  Michael C. Hughes*
Anthony I. Paronich, Esq.                               Michael C. Hughes, Esq.
350 Lincoln Street, Suite 2400                          111 Wood Avenue South, Suite 210
Hingham, MA 02043                                       Iselin, New Jersey 08830
Tel.: 508-221-1510                                      Tel.: 908-292-0019
anthony@paronichlaw.com                                 mhughes@hinshawlaw.com
*Attorneys for Plaintiff*                               *Attorneys for Defendant*
*Jake Galloway*                                         *Defendant E Mortgage Capital, Inc.*

SO ORDERED: _____

331427319.v1