**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAKE GALLOWAY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>Defendant. | Case No.: 2:25-cv-07205-NIQA |

**<u>PARTIES' JOINT MOTION TO EXTEND FACT DISCOVERY</u>**

Defendant E Mortgage Capital, Inc. ("Defendant"), and Plaintiff Jake Galloway ("Plaintiff"), by and through their respective attorneys and pursuant to Federal Rules of Civil Procedure, move this Court to extend fact discovery to December 21, 2026. In support of this unopposed motion, the Parties state as follows:

1. Fact discovery is currently scheduled to close on September 21, 2026. Dkt. #13. Notwithstanding the diligent and best efforts of all counsel, the parties are requesting an extension of oral fact discovery to December 21, 2026.

2. Following the entry of the Scheduling Order, Dkt. #13, in this matter, counsel for Defendant's entire law practice transitioned from Polsinelli PC to a new law firm, Hinshaw & Culbertson. Though the transition began during the last week of April 2026, the transfer of all electronic case files, including those files for this lawsuit, were unexpected delayed and did not complete for multiple weeks thereafter.

3. Once the files were available following the delay, and during the discovery process thereafter, the parties have been working diligently to propound written discovery and responses thereto, and to schedule depositions of multiple fact witnesses. The first fact witness deposition

was held on September 2, 2026. The parties anticipate scheduling approximately three to five more depositions relating to fact and corporate witnesses.

4. Additionally, the parties met and conferred to resolve a number of discovery disputes during this period. Though many disputes were resolved, there remain certain disputes relating to telephone call data that are the subject of Plaintiff's motions to compel. The parties are currently briefing or have briefed two discovery motions, Dkt. #14, 18, which are pending.[1]

5. In sum, the parties require additional time to complete the depositions of the parties and a number of third party witnesses as well as to resolve pending discovery disputes regarding telephone call data.

6. The parties respectfully request this extension of time in view of the good cause occasioned by the aforementioned administrative delays and efforts to resolve certain discovery disputes.

7. Given that several depositions must be completed, and disputes relating to additional materials that the parties seek to obtain need to be resolved, the parties respectfully request an extension of time up to December 21, 2026, to complete fact discovery in this matter.

Dated: September 16, 2026

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Attorneys for Plaintiff*

*/s/ Michael C. Hughes*
Michael C. Hughes, Esq.
HINSHAW & CULBERTSON LLP
111 Wood Avenue South, Suite 210
Iselin, New Jersey 08830
Tel.: 908-292-0019
mhughes@hinshawlaw.com
*Attorneys for Defendant*

[1] Defendant's response to Plaintiff's Motion to Compel, Dkt. #18, is due Monday, September 21, 2026.