**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAKE GALLOWAY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | **NO. 25-7205** |
| **v.** | : | |
| | : | |
| **E MORTGAGE CAPITAL, INC.** | : | |
| *Defendant,.* | : | |

## SCHEDULING ORDER

**AND NOW**, this 17th day of September 2026, upon consideration of the parties' *joint motion for extension of time to complete discovery*, (ECF 19), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the deadlines are revised as follows:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.
2. All fact discovery shall be completed by December 21, 2026.
3. Plaintiff's expert reports shall be due by January 20, 2027.
4. Defendants' expert reports shall be due by February 19, 2027.
5. All expert discovery shall be completed by March 22, 2027.
6. Any *Daubert* or dispositive motions shall be filed by April 20, 2027, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.
7. A final pretrial conference will be scheduled, if necessary, following the Court's resolution of any dispositive motions.

Failure to comply with this Order may result in sanctions.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*