**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAKE GALLOWAY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.<br><br>Defendant. | Case No. 25-cv-7205-NIQA |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF REPLY BRIEF**

Plaintiff Jake Galloway, through undersigned counsel, respectfully submits this Notice regarding the Reply in Support of Plaintiff's Motion to Compel filed on September 21, 2026 (ECF No. 22).

In its September 23, 2026 Order addressing Plaintiff's earlier Motion to Compel, the Court clarified that, under Local Civil Rule 7.1(c) and this Court's practice, a party must seek leave of Court before filing a reply brief. (ECF No. 23 at 1 n.1). Plaintiff's counsel apologizes to the Court for filing the Reply at ECF No. 22 without first seeking leave.

Accordingly, Plaintiff respectfully withdraws the Reply filed at ECF No. 22 and requests that the Court disregard that filing in resolving Plaintiff's Motion to Compel (ECF No. 18).

Plaintiff will not seek leave to refile the Reply at this time. If the Court determines that further briefing would assist in resolving the Motion, Plaintiff will promptly seek leave before making any additional submission.

Plaintiff appreciates the Court's clarification and apologizes for the oversight.

Dated: September 23, 2026

Respectfully Submitted,

*/s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com