HINSHAW

**Hinshaw & Culbertson LLP**
**Attorneys at Law**
111 Wood Avenue South
Suite 210
Iselin, New Jersey 08830

908-374-0320
908-374-0345 (fax)
**www.hinshawlaw.com**

Michael C. Hughes
908-292-0019
mhughes@hinshawlaw.com

September 30, 2026

**VIA ECF**

The Honorable Nitza I. Quinones Alejandro
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Jake Galloway v E Mortgage Capital, Inc.,**
**Case No. 2:25-cv-07205-NIQA**
**Request to submit motion to extend time to comply with Order**

Your Honor:

Our firm represents Defendant E Mortgage Capital, Inc. ("Defendant") in the above-referenced lawsuit. We write with respect to the Order dated September 23, 2026, granting Plaintiff Jake Galloway's ("Plaintiff") motion to compel documents, including records relating to call data for calls placed by Defendant. *See* ECF 23.

Upon entry of the Order, Defendant began working to obtain the relevant records from its vendor, with whom the records were stored. As of September 29, 2026, Defendant was communicating with its vendor to produce the call data records. As of September 30, 2026, Defendant was still attempting to obtain the relevant records to produce and was advised that some records may not be readily available. On September 30, 2026, the undersigned contacted Plaintiff's counsel to advise that Defendant will be issuing a subpoena to the vendor, Innovated Funding LLC, to demand production of any and all records in its possession. The undersigned further advised Plaintiff's counsel that Defendant intends to file a motion with this Court requesting an extension of time to comply with the Order and would be sending a proposed version of the anticipated motion to Plaintiff's counsel on or before October 1, 2026.

Accordingly, Defendant respectfully requests permission to file a Motion for Extension of Time to Comply with Order on or before October 1, 2026.

Respectfully submitted,

*/s/ Michael C. Hughes*

cc: All Counsel of Record (via ECF)