**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAKE GALLOWAY**, individually, and on behalf of all other similarly situated,<br>*Plaintiff,*<br><br>**v.**<br><br>**E MORTGAGE CAPITAL, INC.**,<br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 25-7205** |

**ORDER**

**AND NOW**, this 19th day of October 2026, upon consideration of Defendant E Mortgage Capital's, *motion for extension of time to comply to Court Order*, (ECF 26), to which no response in opposition was filed, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, as unopposed. Accordingly, Defendant shall comply with the Court Order dated September 23, 2026, (ECF 23), by no later than October 26, 2026.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*