**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAKE GALLOWAY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC.,<br><br>Defendant. | Case No.: 2:25-cv-07205-NIQA<br><br>**ATTORNEY DECLARATION** |

I, Michael C. Hughes, pursuant to 28 U.S.C. § 1746, hereby declare and certify as follows:

1. I am an attorney with the law firm of Hinshaw & Culbertson LLP, counsel for Defendant E Mortgage Capital, Inc. ("Defendant") in the above-captioned matter. I make this Declaration in support of Defendant's Response Regarding Compliance with this Court's Order dated September 23, 2026. I have personal knowledge of the matters set forth herein, including efforts undertaken by undersigned counsel to obtain documents from the third-party vendor, identified below.

2. On September 23, 2026, this Court entered an Order directing Defendant to produce supplement discovery responses, namely documents relating to call data sought by Plaintiff Jake Galloway ("Plaintiff") (the "Order"). *See* ECF 23.

3. Defendant advised me that the calling data being requested was stored with Defendant's vendor, Innovated Funding, LLC ("Innovated Funding"), which we understand hosted, operated, and/or maintained the "GoHighLevel" CRM (or "Customer Relationship Management") platform containing the relevant data.

4. Defendant also advised me that the call data records being requested were not kept on Defendant's internal platforms or stored locally on its equipment.

5. In response to the Order, Defendant filed a Motion for Extension of Time to Comply on October 1, 2026 (ECF No. 26) with the undersigned's declaration (ECF No. 26-1), advising this Court that the records were with the vendor, Innovated Funding, and that the undersigned was issuing a subpoena for the production of those records. *See* ECF No. 26, 26-1, which are incorporated herein by reference.

6. In connection with the Defendant's efforts to comply with this Court's Order, on October 1, 2026, my office prepared and issued a subpoena pursuant to Federal Rule of Civil Procedure 45 to Innovated Funding, LLC, seeking production of the documents relevant to the discovery at issue (the "Subpoena"). *See* ECF No. 26-1 at pp. 5-13.

7. On October 5, 2026, the Subpoena was personally served upon Daniel Holloway, an authorized agent for Innovated Funding, LLC. True and correct copies of the Affidavit of Service of the Subpoena, along with a copy of the Subpoena, and the undersigned's deficiency letter to Innovated Funding dated October 23, 2026 are collectively annexed hereto as Exhibit 1.

8. The Subpoena directed Innovated Funding to produce the requested documents by October 22, 2026. *See* ECF No. 26-1 at pp. 5-13; *see also* Exhibit 1 hereto.

9. Innovated Funding failed to produce the requested documents by October 22, 2026, and, as of the execution of this Declaration, has not provided the requested documents or otherwise responded or objected to the Subpoena.

10. Following Innovated Funding's failure to comply with the Subpoena, the undersigned prepared and transmitted a deficiency letter to Innovated Funding advising it of its non-compliance and requesting that it cure its deficiency by producing the requested documents by October 28, 2026 (the "Deficiency Letter"). *See* Exhibit 1 hereto. A copy of the Deficiency Letter with exhibits was also sent to counsel for Plaintiff Jake Galloway. *Id.*

11. As of the execution of this Declaration, Innovated Funding has not produced the requested documents or responded to the Subpoena or the Deficiency Letter.

12. Should Innovated Funding produce the requested documents, the undersigned will promptly evaluate the production for compliance and take appropriate steps to supplement Defendant's discovery responses, consistent with the applicable discovery obligations.

Dated: October 26, 2026

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant E Mortgage Capital, Inc.*

By: *s/ Michael C. Hughes*
Michael C. Hughes, Esq.
111 Wood Avenue South, Suite 210
Iselin, New Jersey 08830
Tel.: 908-292-0019
mhughes@hinshawlaw.com