HINSHAW

**Hinshaw & Culbertson LLP**
**Attorneys at Law**
111 Wood Avenue South
Suite 210
Iselin, New Jersey 08830

908-374-0320
908-374-0345 (fax)
**www.hinshawlaw.com**

Michael C. Hughes
908-292-0019
mhughes@hinshawlaw.com

November 2, 2026

**VIA ECF**

The Honorable Nitza I. Quinones Alejandro
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Jake Galloway v E Mortgage Capital, Inc.,**
**Case No. 2:25-cv-07205-NIQA**
**Response regarding efforts to comply with Orders**

Your Honor:

Our firm represents Defendant E Mortgage Capital, Inc. ("Defendant") in the above-referenced lawsuit. We write to provide this Court with an update regarding Defendant's continuing attempted compliance with respect to the Order dated September 23, 2026, granting Plaintiff Jake Galloway's ("Plaintiff") motion to compel documents (*see* ECF 23) and the Order dated October 19, 2026, granting Defendant's request for extension of time to comply (together, the "Orders").

In light of new information that has been obtained and items exchanged in discovery, Defendant is attempting continued compliance with the Orders, which efforts are ongoing. Defendant's rolling document production is a continuing process and Defendant anticipates that additional documents and information will be served upon counsel for Plaintiff in the coming days.

Accordingly, Defendant respectfully submits this Response to advise this Court of its efforts in complying with this Court's Orders dated September 23, 2026, and October 19, 2026, and the additional efforts undertaken to obtain documents responsive to Plaintiff's discovery requests.

We thank the Court for its consideration of this Response.

Respectfully submitted,

*/s/ Michael C. Hughes*

cc: All Counsel of Record (via ECF)